DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DANIEL ESCOLAR ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-cr-416 MCE |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING |
| v. | ) | CASE. |
| | ) | |
| DANIEL ESCOLAR ROMERO, | ) | |
| | ) | Date:  October 27, 2011 |
| Defendant. | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. Morrison C. England, Jr. |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States
Attorney Paul Hemesath, counsel for Plaintiff, and Assistant Federal
Defender Jeffrey L. Staniels, counsel for Defendant that the above case
be vacated from this court's October 27, 2011, calendar, that it be
continued until December 8, 2011, at 9:00 a.m. for status conference.

As of this request, counsel has received and reviewed initial
discovery.  That review as caused certain investigation to be initiated
which is not yet complete.  Discussions between counsel concerning
possible resolution without trial have occurred, but are too
preliminary at this point for prospects of settlement to be assessed.

///

///

1    **IT IS FURTHER STIPULATED** that the interests of justice to be

2    served by granting this continuance outweigh the interests of the

3    public and of the defendant in a speedy trial.   Therefore the parties

4    agree that time for trial should be excluded between October 27, 2011

5    and December 8, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(b)(iv), Local

6    Code T-4.

7

8    **IT IS SO STIPULATED.**

9

10   Dated: October 21, 2011          /s/ Paul Hemesath
                                      ROBERT TICE-RASKIN
11                                    Assistant United States Attorney
                                      Counsel for Plaintiff
12

13

14   Dated: October 21, 2011          /s/ Jeffrey L. Staniels
                                      Jeffrey L. Staniels
15                                    Assistant Federal Defender
                                      Counsel for Defendant
16                                    DANIEL ESCOLAR ROMERO

17

18                            **O R D E R**

19

20   **IT IS SO ORDERED.**

21

22    Dated: October 27, 2011

23                                    _____
24                                    MORRISON C. ENGLAND, JR.
                                      UNITED STATES DISTRICT JUDGE
25

26

27

28

Stipulation & Order
Continuing Case                 2