```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    JEFFREY L. STANIELS, Bar #91413
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    DANIEL ESCOLAR ROMERO
 7
```

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  No. 2:11-cr-00416 MCE
                                     )
12                Plaintiff,         )
                                     )  STIPULATION AND ORDER CONTINUING CASE.
13       v.                          )
                                     )
14  DANIEL ESCOLAR ROMERO,           )  Date:  December 8, 2011
                                     )  Time:  9:00 a.m.
15                Defendant.         )  Judge: Hon. Morrison C. England, Jr.
                                     )
16  _____  )

17       **IT IS HEREBY STIPULATED** by and between Assistant United States

18  Attorney Paul Hemesath, counsel for Plaintiff, and Assistant Federal

19  Defender Jeffrey L. Staniels, counsel for Defendant that the above case

20  be vacated from this court's December 8, 2011, calendar, that it be

21  continued until February 2, 2012, at 9:00 a.m. for status conference.

22       As of this request, counsel has received and reviewed initial

23  discovery.  That review as caused certain investigation to be initiated

24  which is not yet complete.  Discussions between counsel concerning

25  possible resolution without trial have occurred, but are too preliminary

26  at this point for prospects of settlement to be assessed.

27  ///

28  ///

**IT IS FURTHER STIPULATED** that the interests of justice to be served by granting this continuance outweigh the interests of the public and of the defendant in a speedy trial.  Therefore the parties agree that time for trial should be excluded between December 8, 2011 and February 2, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(b)(iv), Local Code T-4.

**IT IS SO STIPULATED.**

Dated: December 2, 2011     /s/ *Paul Hemesath*
                            PAUL HEMESATH
                            Assistant United States Attorney
                            Counsel for Plaintiff

Dated: December 2, 2011     /s/ Jeffrey L. Staniels
                            Jeffrey L. Staniels
                            Assistant Federal Defender
                            Counsel for Defendant
                            DANIEL ESCOLAR ROMERO

**O R D E R**

The above stipulation is hereby accepted.  The court finds that for the reasons stated, the interests of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: December 6, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case                    2