DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DANIEL ESCOLAR ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:11-cr-416 MCE |
| ) Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING CASE. |
| v. ) | |
| ) | |
| DANIEL ESCOLAR ROMERO, ) | Date: March 8, 2012 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. Morrison C. England, Jr. |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be vacated from this court's March 8, 2012, calendar, that it be continued until April 5, 2012, at 9:00 a.m. for status conference.

Investigation ordered in response to review of discovery is on-going Discussions between counsel concerning possible resolution without trial remain, while on-going have not been reduced to writing.  Government counsel has confirmed that a written proposed agreement will be provided in the next several days.

**IT IS FURTHER STIPULATED** that the interests of justice to be served by granting this continuance outweigh the interests of the public and of

1 the defendant in a speedy trial.  Therefore the parties agree that time
2 for trial should be excluded between March 8, 2012 and April 5, 2012,
3 pursuant to 18 U.S.C. § 3161(h)(7)(b)(iv), Local Code T-4.

4     **IT IS SO STIPULATED.**

6 Dated: March 6, 2012              /s/ *Paul Hemesath*
                                    PAUL HEMESATH
7                                   Assistant United States Attorney
                                    Counsel for Plaintiff

9 Dated: March 6, 2012              /s/ Jeffrey L. Staniels
10                                  Jeffrey L. Staniels
                                    Assistant Federal Defender
11                                  Counsel for Defendant
                                    DANIEL ESCOLAR ROMERO

### O R D E R

The above stipulation is hereby accepted.  The court finds that for the reasons stated, the interests of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.

19    **IT IS SO ORDERED.**

                    By the Court,

22 Dated: March 8, 2012

                                    _____
                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case                        2