1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  DANIEL ESCOLAR ROMERO

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         )  No. 2:11-cr-00416 MCE
                                     )
12              Plaintiff,           )
                                     )  STIPULATION AND ORDER CONTINUING
13      v.                           )  STATUS CONFERENCE
                                     )
14 DANIEL ESCOLAR ROMERO,            )
                                     )  Date:  June 7, 2012
15              Defendant.           )  Time:  9:00 a.m.
                                     )  Judge: Hon. Morrison C. England, Jr.
16 _____   )

17      **IT IS HEREBY STIPULATED** by and between Assistant United States

18 Attorney Paul Hemesath, counsel for Plaintiff, and Assistant Federal

19 Defender Jeffrey L. Staniels, counsel for Defendant that the above case

20 be vacated from this court's June 7, 2012, calendar, that it be continued

21 until July 19, 2012, at 9:00 a.m. for status conference.

22      Discussions between counsel concerning possible resolution without

23 trial have produced an oral understanding which requires counsel to

24 present a written offer and to consult with Mr. Romero. Further time to

25 complete that process is needed.

26 ///

27 ///

28 ///

**IT IS FURTHER STIPULATED** that the interests of justice to be served by granting this continuance outweigh the interests of the public and of the defendant in a speedy trial. Therefore the parties agree that time for trial should be excluded between June 7, 2012 and July 19, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(b)(iv), Local Code T-4.

**IT IS SO STIPULATED**.

Dated: June 5, 2012         /s/ *Paul Hemesath*
                            PAUL HEMESATH
                            Assistant United States Attorney
                            Counsel for Plaintiff

Dated: June 5, 2012         /s/ Jeffrey L. Staniels
                            Jeffrey L. Staniels
                            Assistant Federal Defender
                            Counsel for Defendant
                            DANIEL ESCOLAR ROMERO

**O R D E R**

The above stipulation is hereby accepted. The court finds that for the reasons stated, the interests of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. The status conference in this matter is accordingly continued from June 7, 2012 to July 19, 2012 at 2:00 p.m. subject to the time exclusion as agreed by the parties.

**IT IS SO ORDERED**.

Dated: June 8, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case                 2